HANKS DENTAL ASS'N v. INTERNATIONAL TOOTH CROWN CO. (Circuit Court of Appeals, Second Circuit. June 1, 1904.) No. 83. In Error to the Circuit Court of the United States for the Southern District of New York. For opinion below, see 111 Fed. 916. Philip B. Adams and Charles K. Offield, for plaintiff in error. Walter D. Edmonds, for defendant in error. Before WALLACE and COXE, Circuit Judges.

PER CURIAM. On the 16th of May, 1904, the Supreme Court of the United States rendered a decision in which the following question, certified by us, was answered in the negative: "Was the order of the Circuit Court directing the president of the Hanks Dental Association, the defendant in that court, to appear before a master or commissioner appointed pursuant to the provisions of section 870 et seq. of the Code of Civil Procedure of the State of New York valid and authorized under the act of March 9, 1892?" As the only evidence tending to establish infringement was found in the deposition thus taken without authority of law, it follows that the judgment must be reversed, with costs, and a new trial directed.

---

SHORTLAND BROS. CO. v. CITY OF NEW YORK. (Circuit Court of Appeals, Second Circuit. March 9, 1904.) No. 170. Appeal from the District Court of the United States for the Southern District of New York. E. Crosby Kindleberger, for appellant. James Forrester, for appellees. Before WALLACE, LACOMBE, and TOWNSEND, Circuit Judges. No opinion. Decree (129 Fed. 973) affirmed, with interest and costs.

---

LEERBURGER v. UNITED STATES. (Circuit Court, S. D. New York. June 1, 1904.) No. 3,344. Appeal from a Decision of the Board of United States General Appraisers. William B. Coughtry, for importer. Henry A. Wise, Asst. U. S. Atty.

TOWNSEND, Circuit Judge. The merchandise in question consists of certain piece dyed silk and cotton goods, which were returned for duty as manufactures of cotton and silk, cotton chief value, and assessment made at the rate of 8 cents per square yard and 30 per cent. ad valorem, under the provisions of paragraph 311 of the act of 1897. Act July 24, 1897, c. 11, § 1, Schedule I, 30 Stat. 178 [U. S. Comp. St. 1901, p. 1659]. The importer protested, claiming the same to be dutiable at the rate of 50 per cent. ad valorem, as a manufacture of silk not specially provided for, under the provisions of paragraph 391 of said act. Schedule L, 30 Stat. 187 [U. S. Comp. St. 1901, p. 1670]. The board of appraisers overruled the protest. Upon appeal to this court the importer has introduced three expert witnesses, who testify that silk is the chief value of the merchandise in question. The government has introduced no evidence to contradict this testimony. The decision of the Board of General Appraisers is reversed.